# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 10, 2025

Mr. Tariq Farooq  
3500 S. Echo Trail  
Plano, TX 75023

No. 25-10344    Farooq v. Nucor Business Tech  
USDC No. 3:24-CV-920

Dear Mr. Farooq,

If you apply/applied to the district court for in forma pauperis status and are/were denied, you have 30 days from the date of this letter to pay the $605.00 appellate filing fee to the clerk of the district court, or to apply for in forma pauperis status with this Court and include the financial affidavit required by Fed. R. App. P. 24. If you do not pay the filing fee, file a motion with this court for leave to proceed in forma pauperis, or receive an extension of time to do so from this court within the time provided, we will dismiss your appeal without further notice, see 5th Cir. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Peter A. Conners, Deputy Clerk  
504-310-7685

cc:  
    Mr. John M. Barcus  
    Mr. Cary Andrew Farris  
    Ms. Shaina E. Hicks  
    Mr. Ryan Christopher Krone  
    Mr. John K. Linker

Provided below is the court's official caption.  Please review the parties listed and advise the court immediately of any discrepancies.  If you are required to file an appearance form, a complete list of the parties should be listed on the form exactly as they are listed on the caption.

_____

Case No. 25-10344

_____

Tariq Farooq,

        Plaintiff - Appellant

v.

Nucor Business Technology, Incorporated; Capgemini America, Incorporated,

        Defendants - Appellees