# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

June 12, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10344    Farooq v. Nucor Business Tech  
                   USDC No. 3:24-CV-920

The court has taken the following action in this case:

The motion for leave to file out of time reply is hereby GRANTED. And, the motion for leave to file amended motion to proceed in forma pauperis is hereby GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Mary Frances Yeager, Deputy Clerk  
504-310-7686

Mr. John M. Barcus  
Mr. Tariq Farooq  
Mr. Cary Andrew Farris  
Ms. Shaina E. Hicks  
Mr. Ryan Christopher Krone  
Mr. John K. Linker